JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANTS MONDELĒZ GLOBAL LLC
AND MONDELĒZ INTERNATIONAL, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUHAMET VINCA,<br><br>      Plaintiff,<br><br>vs.<br><br>MONDELEZ INTERNATIONAL, INC., MONDELEZ GLOBAL, LLC, JOHN AND JANE DOES 1-10, individually and in their official capacities and XYZ Corp. 1-10,<br><br>      Defendants. | Civil Action No. 2:21-CV-03034<br><br>**STATEMENT PURSUANT TO**<br>**FED. R. CIV. P. 7.1 OF DEFENDANTS**<br>**MONDELĒZ GLOBAL LLC AND**<br>**MONDELĒZ INTERNATIONAL, INC.** |

Pursuant to Fed. R. Civ. P. 7.1, Defendants Mondelēz Global LLC ("MG LLC") and Mondelēz International, Inc. ("MII") hereby disclose the following: (i) MG LLC and MII are non-governmental entities; (ii) MG LLC is the U.S. operating company of MII, and is 100% owned by MII; (iii) MII is the sole owner and member of MG LLC; and (iv) no publicly held corporation owns 10% or more of MII's stock.

                                        Respectfully submitted,

                                        JACKSON LEWIS P.C.
                                        200 Connell Drive, Suite 2000
                                        Berkeley Heights, NJ 07922
                                        (908) 795-5200

                                  By: s/ Richard J. Cino
                                           Richard J. Cino
                                           Linda J. Posluszny

                                        ATTORNEYS FOR DEFENDANTS
                                        MONDELĒZ GLOBAL LLC AND
                                        MONDELĒZ INTERNATIONAL, INC.

Dated: May 24, 2021
4852-3262-9479, v. 2